DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOVANNI RABELO,**
Appellant,

v.

**VELOCITY INVESTMENTS, LLC,**
Appellee.

No. 4D2025-0801

[October 23, 2025]

Appeal from the County Court for the Nineteenth Judicial Circuit, St. Lucie County; Edmond W. Alonzo, III, Judge; L.T. Case No. 562024CC002277A.

Jovanni Rabelo, Ft. Pierce, pro se.

Robert J. Lindeman of Marcadis Singer P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and SHAW, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***